Nos. 23-1507, 23-1551

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

JASON SCHWEBKE,

*Plaintiff-Appellee,*

v.

UNITED WHOLESALE MORTGAGE LLC,
d/b/a UWM, a Michigan corporation,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Eastern District of Michigan
Docket No. 2:21-cv-10154
The Honorable Denise Page Hood

---

**JOINT MOTION TO CONSOLIDATE APPEALS**

| | |
|---|---|
| Deborah L. Gordon | Andrea J. Bernard |
| Elizabeth Marzotto Taylor | Charles R. Quigg |
| Sarah Gordon Thomas | Warner Norcross + Judd LLP |
| Molly Savage | 150 Ottawa Avenue NW, Suite 1500 |
| Deborah Gordon Law | Grand Rapids, MI 49503 |
| 33 Bloomfield Hills Parkway, Suite 220 | (616) 752-2000 |
| Bloomfield Hills, MI 48304 | abernard@wnj.com |
| (248) 258-2500 | cquigg@wnj.com |
| dgordon@deborahgordonlaw.com | Attorneys for Defendant-Appellant |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |
| msavage@deborahgordonlaw.com | |
| Attorneys for Plaintiff-Appellee | |

Dated: June 20, 2023

Plaintiff-Appellee Jason Schwebke and Defendant-Appellant United Wholesale Mortgage, LLC d/b/a UWM ("UWM") respectfully move this Court to consolidate the appeals in this matter:

1. On May 25, 2023, the district court entered its Opinion and Order Denying Defendant's Motion to Dismiss or, in the Alternative, to Stay Proceedings and Compel Arbitration, Denying as Moot Motion to Extend Dispositive Motion Deadline, and Setting Hearing Date (the "Arbitration Order"). R.45, Op. & Order, PageID.2282.

2. UWM timely filed its Notice of Appeal from the Arbitration Order on June 2, 2023. R.47, Notice of Appeal, PageID.2299. The Notice of Appeal was docketed in this Court as Case No. 23-1507.

3. After UWM filed its Notice of Appeal, but before this Court docketed the appeal, the district court *sua sponte* issued an Amended Opinion and Order Denying Defendant's Motion to Dismiss or, in the Alternative, to Stay Proceedings and Compel Arbitration, Denying as Moot Motion to Extend Dispositive Motion Deadline, and Setting Hearing Date (the "Amended Arbitration Order"). R.49, Am. Op. & Order, PageID.2301.

4. To avoid any question regarding this Court's jurisdiction, UWM promptly filed an Amended Notice of Appeal advising that its appeal encompasses the Amended Arbitration Order. R.51, Am. Notice of Appeal,

1

PageID.2339. The Amended Notice of Appeal resulted in this Court docketing a second appeal, Case No. 23-1551.

5. Both notices were timely under Federal Rule of Appellate Procedure 4.

6. The issues in the two appeals are the same.

7. The consolidation of the appeals will allow for more efficient briefing and save resources for this Court and the parties.

8. If the appeals are not consolidated, the parties will be required to file separate briefs in both cases. Consolidation will eliminate this issue.

9. For the foregoing reasons, Schwebke and UWM respectfully request that this Court consolidate Case Nos. 23-1507 and 23-1551 and issue one briefing schedule.

Dated: June 20, 2023

| | |
|---|---|
| */s/ Molly Savage (w/permission)* | */s/ Charles R. Quigg* |
| Deborah L. Gordon | Andrea J. Bernard |
| Elizabeth Marzotto Taylor | Charles R. Quigg |
| Molly Savage | Warner Norcross + Judd LLP |
| Deborah Gordon Law | 150 Ottawa Ave. NW, Ste. 1500 |
| 33 Bloomfield Hills Pkwy. Ste. 220 | Grand Rapids, MI 49503 |
| Bloomfield Hills, MI 48304 | (616) 752-2000 |
| (248) 258-2500 | abernard@wnj.com |
| dgordon@deborahgordonlaw.com | cquigg@wnj.com |
| emarzottotaylor@deborahgordonlaw.com | Attorneys for Defendant-Appellant |
| msavage@deborahgordonlaw.com | |
| Attorneys for Plaintiff-Appellee | |

## CERTIFICATE OF SERVICE

This certifies that the foregoing Joint Motion to Consolidate was served on June 20, 2023, by electronic mail using the Sixth Circuit's Electronic Case Filing system on all attorneys of record.

Dated: June 20, 2023 /s/ *Charles R. Quigg*
Charles R. Quigg
Attorney for Defendant-Appellant

#28749088